

# EXHIBIT

# A

Filing # 146703152 E-Filed 03/30/2022 11:47:47 AM

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY**
CIVIL DIVISION

MELONY RICHARDS,

      Plaintiff,

                                    CASE NO.:

v.

WALMART INC.,
a Foreign Profit Corporation,

      Defendant.

_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff MELONY RICHARDS, by and through her undersigned attorney, herby files this

Complaint and Demand for Jury Trial against Defendant WALMART INC., a Foreign Profit

Corporation (hereinafter "WALMART"), and in support thereof alleges as follows:

**PARTIES AND GENERAL ALLEGATIONS**

1.  This is an action for damages in excess of thirty thousand dollars ($30,000.00), exclusive

    of interests, costs, and attorneys' fees.

2.  At all times relevant to this action, Plaintiff MELONY RICHARDS resided in Tampa,

    Hillsborough County, Florida.

3.  At all times relevant to this action, Defendant WALMART was authorized to do business

    in the State of Florida, and conducted business in Hillsborough County, Florida.

4.  The incident that gives rise to this action occurred in Tampa, Hillsborough County, Florida.

**VENUE AND JURISDICTION**

5.  Venue and jurisdiction are proper in this Court pursuant to Chapter 47, Florida Statutes,

    because at all times relevant to this action the Defendant conducted business in

Hillsborough County, Florida, and the incident that gives rise to this action occurred in Hillsborough County, Florida.

## SUBSTANTIVE ALLEGATIONS

6. At all times relevant to this action, Defendant WALMART owned and/or operated the premises located at 14941 N Dale Mabry Highway, Tampa, Florida 33618 (hereinafter referred to as "the Premises")

7. On or about March 25, 2021, Plaintiff MELONY RICHARDS was an invitee on the Premises owned and/or operated by Defendant WALMART.

8. On the above date, while on the Defendant's Premises, Plaintiff MELONY RICHARDS slipped on a liquid substance that was located on the floor, which caused Plaintiff to suffer a fall.

9. At the above location and date, the fall that Plaintiff suffered resulted in severe and permanent injuries.

10. On the above date, a dangerous condition, in the form of a liquid substance, existed on the floor of the Premises, which caused Plaintiff to slip and fall.

11. All conditions precedent to the initiation or maintenance of this action have been performed by Plaintiff MELONY RICHARDS, or have occurred, or have been waived.

## COUNT I – Negligence/Premises Liability

12. Plaintiff MELONY RICHARDS re-alleges and incorporates paragraph one (1) through eleven (11) above as if fully set forth herein, and further alleges:

13. On or about March 25, 2021, Defendant WALMART owned, operated, managed, and/or maintained or had a duty to own, operate, manage, and/or maintain, both individually and

by and/or through its agents, servants, and/or employees, the premises located at 14941 N

Dale Mabry Highway, Tampa, Florida 33618.

14. At the aforementioned time and place, Plaintiff MELONY RICHARDS was lawfully on

said Premises.

15. At the aforementioned time and place, Defendant WALMART, individually and/or by and

through its agents, servants, and/or employees, maintained the aforementioned Premises

including, but not limited to, the floor and corresponding accommodations in such a

manner as the area became, and/or caused, a hazard to Plaintiff and others similarly

situated.

16. At the aforesaid time and place, Plaintiff was utilizing the floor on the Premises in the

manner in which the floor was intended to be used when Plaintiff slipped and fell due to a

dangerous condition existing on the Defendant's floor, which caused Plaintiff to sustain

severe and permanent injuries.

17. At the aforesaid time and place, Defendant WALMART, individually and/or by and

through its agents, servants, and/or employees, had a duty to maintain the aforementioned

Premises, including said floor, and corresponding accommodations, in a reasonably safe

condition for persons lawfully on said Premises, to include Plaintiff herein.

18. At the aforesaid times and place, Defendant WALMART, by and through its agents,

servants, and/or employees, disregarding said duty, failed to properly maintain the

aforesaid Premises and allowed and/or caused the floor in the aforesaid area to enter into a

dangerous condition and, as a result of the dangerous condition, Plaintiff slipped and fell

and sustained severe and permanent injuries.

19. At the aforesaid time and place, Defendant WALMART, as maintainer of the aforesaid Premises, either individually or by and through its agents, servants, and/or employees, acted with less than reasonable care and then and there committed one or more of the following careless and negligent acts and/or omissions:

    a. Improperly operated, managed, maintained, and/or controlled the Premises by, including but not limited to, failing to properly maintain the aforementioned floor and corresponding accommodations;

    b. Failed to warn Plaintiff and other persons lawfully on said premises of the dangerous condition when Defendant knew or should have known in the exercise of ordinary care that said warning was necessary to prevent injury to the Plaintiff;

    c. Failed to make a reasonable inspection of its Premises when it knew or in the exercise of ordinary care should have known that said inspection was necessary to prevent injury to Plaintiff and other lawfully on said Premises;

    d. Allowed the aforementioned Premises to remain in a dangerous condition, making the floor and the corresponding accommodations unfit for use for an unreasonable length of time;

    e. Failed to perform services and/or duties in a manner such as to prevent a liquid substance to exist on the floor, which resulted in creating and/or allowing a hazardous condition to exist on the Premises;

    f. Failed to perform services and/or duties in accordance with any and all written agreements and/or contracts in a manner such as to prevent a liquid substance to exist on the floor, which resulted in creating and/or allowing a hazardous condition to exist on the Premises;

g. Failed to perform services and/or duties in accordance with custom and practice in the industry in a manner such as to prevent a liquid substance from existing on the floor, which resulted in creating and/or allowing a hazardous condition to exist on the Premises; and/or

h. Was otherwise careless and negligent in the operation of its Premises.

20. As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions of Defendant WALMART, Plaintiff MELONY RICHARDS suffered and/or will continue to suffer in the future:

a. Bodily injury; and/or

b. Great physical pain and suffering; and/or

c. Disability and inability and loss of capacity to lead and enjoy a normal life; and/or

d. Inconvenience; and/or

e. Physical impairment; and/or

f. Disfigurement and scarring; and/or

g. Mental anguish; and/or

h. Mental incapacity or a reduction in cognitive functioning; and/or

i. Loss or diminution of earning or earning capacity; and/or

j. Permanent injury within a reasonable degree of medical probability; and/or

k. Medical and related expenses, past and future, incurred in seeking a cure for his injuries.

WHEREFORE, Plaintiff MELONY RICHARDS demands judgment in excess of thirty thousand dollars ($30,000.00) against Defendant WALMART for general damages, together with costs, interests, and such other and further relief as this Court may deem proper.

## DEMAND FOR JURY TRIAL

Plaintiff MELONY RICHARDS hereby demands trial by jury on all issues so triable.

DATED this 28th day of March 2022.

Respectfully submitted,

/s/ Daniel Hartpence
DANIEL HARTPENCE, ESQUIRE
Clark Law
10812 Gandy Blvd. N.
St. Petersburg, Florida 33702
(727) 202-6917/ (727) 202-6918 (fax)
Florida Bar # 0097945
daniel@tampabayfloridalawyers.com
litigation@tampabayfloridalawyers.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served along with

the summons via process server on WALMART INC., c/o Registered Agent CT Corporation

System, 1200 South Pine Island Road, Plantation, Florida 33324.

Respectfully submitted,

/s/ Daniel Hartpence
DANIEL HARTPENCE, ESQUIRE
Clark Law
10812 Gandy Blvd. N.
St. Petersburg, Florida 33702
(727) 202-6917/ (727) 202-6918 (fax)
Florida Bar # 0097945
litigation@tampabayfloridalawyers.com
daniel@tampabayfloridalawyers.com
Attorney for Plaintiff